UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-KJD-VCF |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GERARDO MORENO, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#98) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 10, 2018, recommending that Defendant's Motion to Suppress (#80) be denied. Though the time for doing so has passed, Defendant has failed to file objections in accordance with Local Rule ("LR") IB 3-2.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#98) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 10, 2018, should be **ADOPTED** and **AFFIRMED**.

///

///

///

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#98) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 10, 2018, are **ADOPTED** and **AFFIRMED**, and Defendant's Motion to Suppress (#80) is **DENIED**.

Dated this 31st day of January, 2019.

_____
Kent J. Dawson
United States District Judge