UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00169-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| GERARDO MORENO, KYLE BLACKMAN, and ABELARDO MARTINEZ, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (#102) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 27, 2018, recommending that Defendant Abelardo Martinez's Motion for Joiner (#83 )to Defendant Gerardo Moreno's Motion to Sever be granted, that Defendant Moreno's Motion to Sever Defendants and Counts for Trial (#81) be denied and that Defendant Blackman's Motion to Sever Defendants for Trial (#79) be denied.  Defendant Moreno filed Objections (#105) to the report and recommendation as did Defendant Blackman (#108). Though the time for doing so has passed, Defendant Martinez has failed to file objections in accordance with Local Rule ("LR") IB 3-2. Defendant Martinez pled guilty on January 22, 2019. Defendants Moreno and Blackman pled guilty on February 5, 2019. The guilty pleas effectively moot the relief sought in the motions to sever trial of both defendants and counts of the indictment.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and Recommendation (#102) containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered July 27, 2018, should be **ADOPTED** and **AFFIRMED**.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
2 Recommendation (#102) containing the findings and recommendations of Magistrate Judge Cam
3 Ferenbach entered July 27, 2018, are **ADOPTED** and **AFFIRMED**, and Defendant Abelardo
4 Martinez's Motion for Joiner (#83) to Defendant Gerardo Moreno's Motion to Sever is
5 **GRANTED;**
6    Defendant Moreno's Motion to Sever Defendants and Counts for Trial (#81) is **DENIED**
7 **on the merits and as moot**;
8    Defendant Blackman's Motion to Sever Defendants for Trial (#79) is **DENIED on the**
9 **merits and as moot.**
10 Dated this 9th day of April, 2019.

_____
Kent J. Dawson
United States District Judge