KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700  Facsimile: (702) 678-6767

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GERARDO MORENO,<br><br>　　　　　Defendant. | CASE NO.: 2:17-cr-00169-KJD-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant's wife, Marytere Avila, is currently incarcerated in Florence McClure Women's Correctional Center. Her caseworker expects her to be released "sometime in 2020." In his wife's absence, Defendant is the sole provider for their two young children, ages 4 and 6 years old.

2. Defendant has been out of custody without incident since May 25, 2017.

3. Since there is no-one else to care for the young children, the parties agree to extend Defendant's surrender date.

## ORDER

IT IS THEREFORE ORDERED that the Surrender date currently scheduled for February 25, 2020, before 12:00pm, be continued to _Friday, July 10, 2020_, before the hour of _12:00 p.m._, at the institution designated by the BOP.

DATED this _6th_ day of February 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stip to Continue Surrender Date.wpd

3