1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3   UNITED STATES OF AMERICA,

4                    Plaintiff,

5   vs.

6   GERARDO MORENO,

7                    Defendant.

CASE NO.: 2:17-cr-00169-KJD-VCF

**FINDINGS OF FACT, CONCLUSIONS**
**OF LAW AND ORDER**

8                           **FINDINGS OF FACT**

9      Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

10    1.   Defendant's wife, Marytere Avila, is currently incarcerated in Florence McClure

11    Women's Correctional Center.  Her caseworker expects her to be released "sometime in

12    2020."  In his wife's absence, Defendant is the sole provider for their two young children,

13    ages 4 and 6 years old.

14    2.   Defendant has been out of custody since May 25, 2017.

15    3.   Since there is no-one else to care for the young children, the parties agree to extend

16    Defendant's surrender date.

17                                **ORDER**

18        IT IS THEREFORE ORDERED that the Surrender date currently scheduled for July 10,

19    2020, before 12:00pm, be continued to  Friday, November 6, 2020  , before the hour of  12:00 p.m.  ,

20    at the institution designated by the BOP.

21        DATED this  1st   day of July, 2020.

22

23                                                                    _____
                                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767

Stip to Continue Surrender Date2.wpd