KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone:     (702) 678-6700
Facsimile:     (702) 678-6767
E-Mail:         advocate@kconnollylawyers.com
*Attorney for Gerardo Moreno*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GERARDO MORENO,<br><br>                Defendant. | CASE NO.: 2:17-cr-169-KJD-VCF-2<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

   Gerardo Moreno, by and through his CJA counsel, Karen A. Connolly, hereby moves this Court to terminate Ms. Connolly's appointment and remove Ms. Connolly as his attorney of record. Further, Mr. Moreno requests that Ms. Connolly be removed form the CM/ECF E-Notice List.  Ms. Connolly was appointed under the Criminal Justice Act, 18 U.S.C. §3006(A)(a)(1)(e), on May 25, 2017 [ECF No. 9].  The Court issued a Judgment on June 4, 2019 [ECF No. 153].  Ms. Connolly therefore completed her appointed task and should be removed as attorney of record.

   For the above reasons, Ms. Connolly's CJA appointment should be terminated, and she should be removed from the CM/ECF E-Notice List.

   Respectfully submitted this 20th day of May, 2024.

                                          **KAREN A. CONNOLLY, LTD.**


                                           */s/ Karen A. Connolly*
                                          KAREN A. CONNOLLY
                                          6600 W. Charleston Blvd., Ste. 124
                                          Las Vegas, NV 89146
                                          Telephone:    (702) 678-6700

DATE: 05/20/2024                          _____
                                          KENT J. DAWSON
                                          UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of KAREN A. CONNOLLY, LTD., and on the 20 day of May, 2024, I served a true and correct copy of the above and foregoing ***Motion to Withdraw as Counsel*** via the CM/ECF system on all parties or persons requiring notice.

                             */s/ Shaeley Foster*
                             an Employee of KAREN A. CONNOLLY, LTD.